# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-04035-07-CR-C-SRB |
| ) | |
| CHRISTOPHER LEE LOETHEN, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before this Court is Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation (Doc. #147) to deny Defendant Christopher Lee Loethen's Motion to Suppress Evidence (Doc. #136). Defendant filed his Objection to the Report and Recommendation on November 26, 2019. (Doc. #148). After an independent review of the record, the applicable law, and the parties' arguments, the Court ADOPTS the Report and Recommendation (Doc. #147). Accordingly, it is hereby **ORDERED** that the Report and Recommendation (Doc. #147) be attached to and made a part of this Order. Defendant's Objection to the Report and Recommendation (Doc. #148) is OVERRULED, and Defendant's Motion to Suppress Evidence (Doc. #136) is DENIED.

**IT IS SO ORDERED.**

/s/ Stephen R. Bough
STEPHEN R. BOUGH
UNITED STATES DISTRICT JUDGE

Dated: December 2, 2019